IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAMLET GARCIA II,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:25-mc-00015-JDW |
| | : | |
| **SHAWN CORY CARTER,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 9th day of May, 2025, upon consideration of Plaintiff Hamlet Garcia II's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1, 8, 9), it is **ORDERED** that the Motion is **GRANTED** pursuant to 28 U.S.C. § 1915, and the Petition is **DEEMED** filed.

It is **FURTHER ORDERED** that the Petition is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the accompanying Court's Memorandum.

It is **FURTHER ORDERED** that the Emergency Motion For ADA Accommodation (ECF No. 4) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**